DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for BFP Investments, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE GSAMP TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS, LLC,<br><br>Defendant. | Case No. 2:16-cv-02482-RFB-PAL<br><br>**STIPULATION AND ORDER TO WITHDRAW BFP INVESTMENTS, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(7) [ECF No. 12]** |

WHEREAS, BFP INVESTMENTS, LLC ("BFP") filed its Motion to Dismiss Plaintiff U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE GSAMP TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2's ("U.S. Bank" or "Bank") Complaint on December 19, 2016 [ECF No. 12];

WHEREAS, U.S. Bank filed its Amended Complaint [ECF No. 15] on December 28, 2016, naming Smoke Ranch Maintenance District and Nevada Association Services, Inc. as defendants, rendering BFP's motion moot;

IT IS HEREBY STIPULATED AND AGREED, between BFP and U.S. Bank, that BFP

///

///

///

- 1 -

1  will withdraw its Motion to Dismiss the Plaintiff's Complaint Pursuant to FRCP 12(b)(7).

3  DATED this 10th day of January, 2017.                  DATED this 10th day of January, 2017.

**KIM GILBERT EBRON**                                    **WRIGHT, FINLAY & ZAK, LLP**

 */s/ Diana Cline Ebron*                                  */s/ Natalie C. Lehman*
DIANA CLINE EBRON, ESQ.                                  Dana Jonathon Nitz, Esq.
Nevada Bar No. 10580                                     Nevada Bar No. 50
E-mail: diana@kgelegal.com                               Natalie C. Lehman, Esq.
JACQUELINE A. GILBERT, ESQ.                              Nevada Bar No. 12995
Nevada Bar No. 10593                                     7785 W. Sahara Ave., Suite 200
E-mail: jackie@kgelegal.com                              Las Vegas, Nevada 89117
KAREN L. HANKS, ESQ.                                     Phone: (702) 475-7964
Nevada Bar No. 9578                                      Fax:   (702) 946-1345
E-mail: karen@kgelegal.com                               *Attorneys for U.S. BANK NATIONAL
7625 Dean Martin Drive, Suite 110                        ASSOCIATION, AS TRUSTEE FOR THE
Las Vegas, NV 89139                                      GSAMP TRUST 2006-HE2 MORTGAGE
Telephone: (702) 485-3300                                PASS-THROUGH CERTIFICATES, SERIES
Facsimile: (702) 485-3301                                2006-HE2*
*Attorneys for BFP Investments, LLC*

## ORDER

IT IS ORDERED that BFP's Motion to Dismiss the Plaintiff's Complaint Pursuant to FRCP 12(b)(7) is withdrawn.

Dated this 11th day of January, 2017.

Respectfully Submitted by:

_____
RICHARD F. BOULWARE, II
United States District Court

**KIM GILBERT EBRON**

 */s/ Diana Cline Ebron*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for BFP Investments, LLC*