UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br>BFP INVESTMENTS, LLC, et al.<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:16-cv-02482-RFB-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 50) |

This matter is before the court on the Substitution of Attorneys (ECF No. 50). Marc S. Cwik of Lewis Brisbois Bisgaard & Smith, LLP seek leave to be substituted in place of Richard Haskin and Matthew Grode of Gibbs Giden Locher Turner Senet & Wittbrodt, LLP for Defendant Smoke Ranch Maintenance District. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 50) is **GRANTED**.
2. Marc S. Cwik of Lewis Brisbois Bisgaard & Smith is substituted in the place of Richard Haskin and Matthew Grode of Gibbs Giden Locher Turner Senet & Wittbrodt, LLP for Defendant Smoke Ranch Maintenance District, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 3rd day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE