Matthew L. Grode, Esq.
Nevada State Bar # 6326
Richard E. Haskin, Esq.
Nevada State Bar # 11592
**GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP**
1140 N. Town Center Drive, Suite 300
Las Vegas, Nevada 89144-0596
(702) 836-9800

Attorneys for Defendant
SMOKE RANCH MAINTENANCE DISTRICT

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE GSAMP TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2,<br><br>Plaintiff,<br>v.<br><br>BFP INVESTMENTS, LLC, a Nevada limited liability company; SMOKE RANCH MAINTENANCE DISTRICT, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,<br><br>Defendants. | Case No.: 2:16-CV-02482-RFB-(PAL)<br><br>**REQUEST TO BE REMOVED FROM ELECTRONIC SERVICE LIST** |

The undersigned hereby request to be removed from the filing and service list by electronic means through the Court's e-filing program on behalf of the following party: SMOKE RANCH MAINTENANCE DISTRICT because LEWIS BRISBOIS BISGAARD & SMITH has substituted in as the attorneys of record.

Documents are no longer to be served by electronic means to the following persons at the email addresses listed below:

mgrode@gibbsgiden.com, rhaskin@gibbsgiden.com, telson@gibbsgiden.com,

1

1861934.1

mshah@gibbsgiden.com, sberry@gibbsgiden.com, rjackson@gibbsgiden.com, awalker@gibbsgiden.com

DATED: May 3, 2017          GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP

By: /s/ Richard E. Haskin
    Richard E. Haskin, Esq.
    Nevada State Bar # 11592
    Matthew L. Grode, Esq.
    Nevada State Bar # 6326
    1140 N. Town Center Drive, Suite 30
    Las Vegas, Nevada 89144

**IT IS SO ORDERED** this 9th day of May, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

1861934.1

## CERTIFICATE OF MAILING

The undersigned, an employee of the law firm of GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP, hereby certifies that on May 5, 2017, she served a copy of the foregoing **REQUEST TO BE REMOVED FROM ELECTRONIC SERVICE LIST** by electronic service through the United States District Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk:

/s/ Robin Jackson
An employee of
Gibbs Giden Locher Turner Senet & Wittbrodt LLP

1861934.1

1861934.1